# United States Court of Appeals for the Federal Circuit

---

**GLAXOSMITHKLINE LLC, SMITHKLINE BEECHAM (CORK) LIMITED,**
*Plaintiffs-Appellants*

**v.**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Cross-Appellant*

---

2018-1976, 2018-2023

---

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-00878-LPS-CJB, Judge Leonard P. Stark.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED-IN-PART, AFFIRMED-IN-PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

August 5, 2021

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court