NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLAXOSMITHKLINE LLC, SMITHKLINE BEECHAM (CORK) LIMITED,**
*Plaintiffs-Appellants*

**v.**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Cross-Appellant*

---

2018-1976, 2018-2023

---

Appeals from the United States District Court for the District of Delaware in No. 1:14-cv-00878-LPS-CJB, Judge Leonard P. Stark.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Mylan Pharmaceuticals Inc. moves unopposed for leave to file a brief as amicus curiae in support of Teva Pharmaceuticals USA, Inc.'s petition for rehearing en banc. The court notes that Mylan's proposed brief includes an incomplete certificate of interest. The certificate of

interest must include all information under Federal Circuit Rule 47.4(a).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Mylan is directed to file a corrected brief addressing the above-noted deficiency within 2 days from the date of this order.

FOR THE COURT

October 25, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court